COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



BARRY KENNETH BROWN, JR., § 

Appellant, §

v. §

THE STATE OF TEXAS, §

Appellee. §

§

No. 08-16-00149-CR

Appeal from the

78th District Court

of Wichita County, Texas

(TC# 46,285-B)

**J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF AUGUST, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.